STATE OF NEW JERSEY v. MICHAEL McCLOSKEY.

November 17, 1981.

Petition for certification granted.

STATE OF NEW JERSEY v. DAVID STANNARD.

November 17, 1981.

Petition for certification denied.

JERSEY CITY FIREFIGHTERS LOCAL 1066, I.A.F.F.
v. CITY OF JERSEY CITY.

November 17, 1981.

Petition for certification denied.

KENNETH C. McCARTHY v. EDWARD O'CONNOR.

November 17, 1981.

Petition for certification denied.